# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUZANNE COLEMAN F/K/A SUZANNE REZENDES,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL & ASSOCIATES, PC, A PROFESSIONAL CORPORATION,**<br><br>Defendant. | Case No.: 17-cv-1133 L (BLM)<br><br>**ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a), the Joint Motion to Dismiss Action with Prejudice is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. Each party shall to bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 24, 2017

_____
Hon. M. James Lorenz
United States District Judge